# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RANDY PHILLIPS, | : |
| Plaintiff, | : |
| | : Civil Action No. 21-cv-00539-ACA |
| v. | : |
| | : |
| CHURCHILL CAPITAL CORPORATION IV, ATIEVA d/b/a LUCID MOTORS, MICHAEL KLEIN, JAY FARAGIN, and PETER RAWLINSON | : |
| Defendants. | : |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ATIEVA, INC. d/b/a LUCID MOTORS

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Atieva, Inc. d/b/a Lucid Motors states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 28, 2021        **WEBB MCNEILL WALKER PC**

By: *J. Randall McNeill*
J. Randall McNeill (Ala. Bar No. asb-4841-e29j)
7475 Halcyon Pointe Drive
Montgomery, Alabama 36117
Telephone: (334) 262-1850
rmcneill@wmwfirm.com

**DAVIS POLK & WARDWELL LLP**

Brian M. Burnovski (*pro hac vice* to be filed)
Daniel J. Schwartz (*pro hac vice* to be filed)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
brian.burnovski@davispolk.com
daniel.schwartz@davispolk.com

*Attorneys for Defendants Atieva, Inc.*
*d/b/a Lucid Motors and Peter Rawlinson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 28, 2021, a copy of the foregoing motion was filed by CM/ECF with the Clerk of Court for the U.S. District Court for the Northern District of Alabama, and that a copy was also served by CM/ECF on counsel for all parties.

                                                */s/ J. Randall McNeill*
                                                J. Randall McNeill