UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. SLAGAUGH<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL CAPITAL CORPORATION IV, ET AL.<br><br>Defendants. | Case No.  3:21-cv-9313-EMC<br><br>**ORDER TO TRANSFER, REASSIGN, AND CONSOLIDATE CASES** |

Upon stipulation of the parties and with the consent of the undersigned transferor and transferee judges, on January 4, 2022, the Executive Committee of this court approved the transfer and reassignment of the below identified cases to the Honorable Yvonne Gonzalez Rogers.

Accordingly, IT IS ORDERED that the following cases are TRANSFERRED and REASSIGNED to the Honorable Yvonne Gonzalez Rogers in the Oakland division for all further proceedings:

- *Slabaugh v. Churchill Capital Corporation IV, et al.*, Case No. 3:21-cv-9313-EMC
- *Simeri v. Churchill Capital Corporation IV, et al.*, Case No. 3:21-cv-9314-RS

Counsel are instructed that all future filings shall bear the initials YGR immediately after the case number.

IT IS FURTHER ORDERED that following reassignment, the above cases will be CONSOLIDATED with *Phillips v. Churchill Capital Corporation IV, et al.*, Case No. 4:21-cv-9323-YGR, under Case No. 4:21-cv-9313-YGR.

//

//

//

//

//

All hearing and trial dates presently scheduled remain unchanged, but may be reset as necessary by separate order of the Honorable Yvonne Gonzalez Rogers. Existing briefing schedules for motions remain unchanged. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

**IT IS SO ORDERED**

Dated: January 24, 2022

For the Executive Committee:

HON. RICHARD SEEBORG
Chief District Judge