United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHR LEBBIE,<br><br>        Plaintiff,<br><br>   v.<br><br>PETER RAWLINSON, et al.,<br><br>        Defendants. | Case No. 22-cv-00531-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Phillips v. Churchill Capital Corporation IV,* 21-cv-09323-YGR.

**IT IS SO ORDERED.**

Dated: February 28, 2022



JON S. TIGAR
United States District Judge