**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Phone: (212) 907-0700
Email: cvillegas@labaton.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Ave, Floor 15
Los Angeles, CA 90024
Phone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

[Additional counsel and complete signature blocks listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CCIV / LUCID MOTORS SECURITIES LITIGATION | Lead Case No. 4:21-cv-09323-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR MOTION TO AMEND BRIEFING** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Co-Lead Plaintiffs Paradigm Business Park, LLC and Sichao Xu, along with Max Royal LLC, Seung R. Lee, Hee K. Lee, and Aaron Lan (together, "Plaintiffs") and Defendants Atieva, Inc. and Peter Rawlinson, ("Defendants" and together with Plaintiffs, the "Parties") respectfully submit, subject to the Court's approval, the following Stipulation and [Proposed] Order Extending Deadlines for Motion to Amend Briefing.

**STIPULATION**

WHEREAS, on January 11, 2023, the Court entered an order dismissing the Revised Amended Complaint in the Class Action (Dkt. No. 151) and granting Plaintiffs until January 30, 2023 to move for leave to further amend the Revised Amended Complaint (the "Dismissal Order");

WHEREAS, on January 30, 2023, Plaintiffs filed a 25-page Motion for Leave to Amend Complaint (the "Motion to Amend") and a 96-page Proposed Second Amended Complaint (the "Proposed SAC") (Dkt. Nos. 152, 152-1);

WHEREAS, on February 3, 2023, the Court entered an order granting the Parties' stipulation to resetting the deadlines for the Motion to Amend Briefing.

WHEREAS, in light of the length and complexity of Plaintiffs' Motion to Amend and Proposed SAC, the number of legal issues raised, and Plaintiffs' counsels' other case and scheduling commitments, the Parties agree that a modest one-week extension of the deadlines in which to file any reply to the Opposition to the Motion to Amend is warranted;

WHEREAS, there have been five prior time modifications in this case, the first two of which extended the deadlines to respond to the initial complaint pending resolution of the PSLRA's mandatory lead plaintiff appointment process (Dkt. Nos. 13 & 27), the third and fourth of which extended the deadlines to file and respond to the Amended Complaint and established a briefing schedule for the motion to dismiss (Dkt. Nos. 107 & 109), and the fifth of which reset the original deadlines for the Motion to Amend Briefing; and

WHEREAS, the entry of this stipulation would cause only a modest delay in the schedule for briefing the Motion to Amend and does not alter any other deadlines set by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties and subject to the approval of the Court, as follows:

(1) Plaintiffs' time to file any reply in further support of the Motion to Amend shall be extended until March 22, 2023.

Dated: March 3, 2023

**LABATON SUCHAROW LLP**

By: */s/ Carol C. Villegas*

Carol C. Villegas (admitted *pro hac vice*)
Jake Bissell-Linsk (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com
jbissell-linsk@labaton.com
gbuell@labaton.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Ave, Floor 15
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**DAVIS POLK & WARDWELL LLP**

_/s/ Brian M. Burnovski_
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian M. Burnovski
Daniel J. Schwartz
Chui-Lai Cheung
(admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com
daniel.schwartz@davispolk.com
chui-lai.cheung@davispolk.com

*Attorneys for Defendants Atieva, Inc. and Peter Rawlinson*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Jake Bissell-Linsk, attest that concurrence in filing this document has been obtained from the other signatories.

Dated: March 3, 2023

*/s/ Jake Bissell-Linsk*
Jake Bissell-Linsk

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ____________________

____________________________________
HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE